GUSTAV A. HAULE, Appellant, *v.* CONSUMERS' PARK BREWING COMPANY, Respondent.

*Haule v. Consumers' Park Brewing Co.*, 150 App. Div. 582, appeal dismissed.

(Argued May 7, 1914; decided June 2, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1912, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover money alleged to have been loaned by plaintiff to defendant's corporate predecessor.

*Béla Darwin Eisler, Samuel Campbell* and *Frederick C. Gladden* for appellant.

*Arthur J. Westermayr, Henry A. Rubino* and *Henry H. Frieder* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK and CARDOZO, JJ. Not sitting: MILLER, J.